LEU et al., Respondents, v. KOSCHERAK, Appellant. (Supreme Court, Appellate Divi-

sion, Second Department. March 2, 1905.) Action by Frederick Leu and others against Ignatz Koscherak. No opinion. Motion to dismiss appeal granted on conditions expressed in the order as entered.